UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Arellano,<br><br>                          Plaintiff,<br><br>v.<br><br>Milton, et al., ,<br><br>                         Defendants. | Case No.: 15-cv-2069 JAH (AGS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION (doc. nos. 38, 48)** |

On July 10, 2017, Magistrate Judge Schopler issued a Report and Recommendation (doc. no. 48) on Plaintiff Raul Arellano's Motion to Name Defendant Doe #2 (doc. no. 38).

The court reviews a Magistrate Judge's Report and Recommendation according to the standards set forth in Fed.R.Civ.P. 72(b) and 28 U.S.C. § 636. The court reviews *de novo* those portions of the report to which objection is made. *United States v. Raddatz,* 447 U.S. 667, 673–74, 100 S.Ct. 2406, 65 L.Ed.2d 424 (1980). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id; See* <u>Gray v. Hernandez</u>, 651 F. Supp. 2d 1167, 1173 (S.D. Cal. 2009).

Here, Plaintiff Arellano seeks to identify Doe #2 as "T.Paule." *See* Doc. Nos. 38, 48. As Judge Schopler notes in the Report and Recommendation, Defendants have filed no opposition to Plaintiff's Motion, and Plaintiff acted diligently to identify this Defendant.

Doc. 48, p. 2. In addition, there have been no objections to the Report and Recommendation.

Having considered the thorough Report and Recommendation, the record before the Court, and the applicable authorities, the Court wholly ADOPTS the Report. Plaintiff's Motion is GRANTED.

DATED: October 20, 2017

JOHN A. HOUSTON
United States District Judge