# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul ARELLANO,<br><br>                          Plaintiff,<br><br>v.<br><br>MILTON, et al.,<br><br>                        Defendants. | Case No.: 15-cv-2069-JAH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FINAL PRETRIAL DATE (ECF No. 112)** |

The parties' joint motion to continue the Final Pretrial Conference Date is granted. That hearing is reset to **May 11, 2020, at 10:30 a.m.** before Judge Houston. The parties' request to reopen discovery for the sole purpose of taking Defendant H. Melton's deposition is likewise granted. Finally, pursuant to Local Rule 83.8, plaintiff's costs for Melton's deposition may be reimbursed from the Court's Pro Bono fund.

Dated: January 24, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge